

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00296-CR

IN RE CURTIS JAMES MCGUIRE, RELATOR

ORIGINAL PROCEEDING

August 31, 2023

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

On August 28, 2023, Curtis James McGuire, appearing pro se, filed a document with this Court titled "Plaintiff's Original Application for Writ of Mandamus." The document is a handwritten form that provides no substantive information. It does not identify a relator, respondent, or any trial court information. Because the document fails to meet the requirements of a petition for writ of mandamus under Rule of Appellate Procedure 52.3 and not is accompanied by a record as required by Rule of Appellate Procedure 52.7, we deny any mandamus relief requested.

Per Curiam

Do not publish.